UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARY DORMAN,
                        Plaintiff(s),

                                                 **ORDER**

     -against-

                                                 CV 05-0019  (JS)(WDW)

WESTBURY UNION FREE SCHOOL DISTRICT,

                        Defendant(s).
----------------------------------------------------------------X

**WALL, Magistrate Judge:**

      Defendant has moved, by letter application dated January 25, 2006, for an order compelling the pro se plaintiff, Mary Dorman, to comply with defendants' First Request for Interrogatories and First Request for Production of Documents, dated October 5, 2005, and to appear for her deposition.  Despite having been served with a copy of the motion at both her address of record and her apparent new address, Ms. Dorman has not responded to the motion.  The motion is GRANTED, both on the merits and as unopposed.  Plaintiff shall comply with the outstanding discovery demands **by March 23, 2006.**  Plaintiff is further ordered to contact defense counsel by March 23rd to arrange a date for her deposition.  If plaintiff fails to do so, the court will set a date certain for the deposition.

      The pretrial conference, previously scheduled for **March 24, 2006 at 11:00 a.m.,** is converted to a status conference.  The court will establish new discovery deadlines at that time.  Ms. Dorman is warned that failure to appear at the conference may result in a recommendation to the District Judge that her case be dismissed for failure to prosecute.   The plaintiff is strongly urged to consider this result in weighing her options, and to appear for the conference as ordered.

      The court notes that this order will be sent to Ms. Dorman at both her address of record

and the new address provided by the defendant. Ms. Dorman is on further notice that it is her responsibility to update her address with the Clerk's office.

Dated: Central Islip, New York  **SO ORDERED:**
      March 8, 2006


         /s/ William D. Wall
        WILLIAM D. WALL
        United States Magistrate Judge