```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MARY DORMAN,

                  Plaintiff,
                                           ORDER ADOPTING REPORT &
                                           RECOMMENDATION
              -against-                    05-CV-0019(JS)(WDW)

WESTBURY UNION FREE SCHOOL DISTRICT,

                  Defendant.
----------------------------------------X
Appearances:

For Plaintiff:          Mary Dorman, Pro se
                        9 Raisig Ave.
                        Valley Stream, NY 11580

For Defendant:          Stanley A. Camhi, Esq.
                        Stephen L. Ukeiley, Esq.
                        Jaspan, Schlesinger & Hoffman, LLP
                        300 Garden City Plaza
                        Garden City, NY 11530
```

SEYBERT, District Judge:

      Upon review of the Report and Recommendation ("Report") of Magistrate Judge William D. Wall issued June 27, 2006, to which no party has objected, the Court hereby ADOPTS the Report in its entirety. This action is hereby DISMISSED with prejudice due to Plaintiff's repeated failure to comply with court orders and her failure to prosecute.

      The Pro se Plaintiff Mary Dorman was given numerous opportunities to take some action indicating her desire to further pursue her claims, yet has repeatedly failed to do so. Most recently, Plaintiff advised Judge Wall of her desire to terminate the action. Judge Wall directed Plaintiff to submit a letter

withdrawing this action to this Court no later than June 16, 2006. Plaintiff was advised that her failure to tender such a letter would result in dismissal of the entire action.

Magistrate Judge Wall mailed a copy of the Report to Plaintiff on June 27, 2006. The Report provided that any objections were to be filed with the Clerk of the Court within ten days of the date of service. The time for filing objections has expired and no Party has objected. Accordingly, the Court deems all objections waived and ADOPTS the Report in its entirety. The Clerk of the Court is directed to mail Plaintiff a copy of this Order.

SO ORDERED

Dated: Central Islip, New York /s/ JOANNA SEYBERT
August  4 , 2006 Joanna Seybert, U.S.D.J.